# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) Case No. C10-04201 EMC |
| Plaintiff, | ) |
| vs. | ) ORDER ON STIPULATION |
| OVELLA IVEY LOWE and FRED ANDY IVEY, individually and d/b/a CLANCY'S; and AFI MARKETING INC., an unknown business entity d/b/a CLANCY'S, | ) |
| Defendants. | ) |

The Parties' Stipulation is hereby APPROVED.

The last day for the parties to (i) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (ii) file ADR Certification; and (iii) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is hereby extended to ___1/26___, 2011.

The Parties must file their Case Management Statement(s) no later than ___2/9/11___, 2011.

The January 5, 2011 Case Management Conference is hereby continued to ___2/16___, 2011. at 1:30 p.m.

Dated: ___12/16/10___, 2011

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

ORDER ON STIPULATION   Case No. C10-04201 EMC