**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OVELLA IVEY LOWE and FRED ANDY ) <br> IVEY, individually and d/b/a CLANCY'S; and ) <br> AFI MARKETING INC., an unknown ) <br> business entity d/b/a CLANCY'S, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. C10-04201 CRB <br><br> **ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

The Parties' Stipulation is hereby APPROVED.

Plaintiff's Motion to Strike Affirmative Defenses, currently set for February 18, 2011, is hereby continued and will now be heard on _____March 4__, 2011 at 10:00 AM in Courtroom 8. The Initial Case Management Conference, currently set for February 18, 2011 at 10:00 AM is also continued to _____March 4__, 2011 at 10:00 AM.

Dated: _____February 11__, 2011

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

ORDER ON STIPULATION - Case No. C10-04201 CRB