IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>OVELLA IVEY LOWE, <br><br>　　　　Defendant. _____/ | No. C 10-04201 CRB <br><br>**ORDER GRANTING MOTION TO STRIKE** |

　　　Plaintiff J & J Sports brought suit against a bar, Clancy's, and its owners (collectively, "Defendants"), alleging that Defendants, without obtaining a license, displayed a boxing match to which Plaintiff had the exclusive distribution rights. Plaintiff has now moved to strike all twenty-one of Defendants' affirmative defenses. Mot. to Strike (dckt. no. 13). Defendants opposed the motion (dckt. no. 19) and Plaintiff filed a reply (dckt. no. 21).

　　　Having carefully considered the papers submitted by the parties, the Court GRANTS Plaintiff's Motion to Strike. All of Defendants' affirmative defenses are stricken with prejudice, except for Defendants' Eighth, Fifteenth, Eighteenth, and Nineteenth affirmative defenses, which are stricken without prejudice.

　　　**IT IS SO ORDERED.**

Dated: March 3, 2011.　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4201\order granting mot to strike.wpd