Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Ovella Ivey Lowe, et al., <br><br> Defendants. | CASE NO. 3:10-cv-04201-CRB <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS OVELLA IVEY LOWE and FRED ANDY IVEY, individually and d/b/a CLANCY'S , and AFI MARKETING INC., an unknown business entity d/b/a CLANCY'S |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants OVELLA IVEY LOWE and FRED ANDY IVEY, individually and d/b/a FRED ANDY IVEY, individually and d/b/a CLANCY'S, and AFI MARKETING INC., an unknown business entity d/b/a CLANCY'S, that the above-entitled action is hereby dismissed without prejudice against OVELLA IVEY LOWE and FRED ANDY IVEY, individually and d/b/a FRED ANDY IVEY, individually and d/b/a CLANCY'S , and AFI MARKETING INC., an unknown business entity d/b/a CLANCY'S and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 30, 2012, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 27, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: November 1, 2011

NJELITA LAW OFFICES
By: Maxwell Nnamdi Njelita, Esquire
Attorney for Defendants OVELLA IVEY LOWE AND FRED ANDY IVEY, individually and d/b/a CLANCY'S, AND AFI MARKETING INC., unknown business entity d/b/a CLANCY'S

IT IS SO ORDERED:

The Honorable Charles R. Breyer
United States District
Northern District

Dated: November 4, 2011

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

///
///
///